Michael R. Gonzales, SBN 261302
Buckley Madole, P.C.
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Telephone: 562-983-5365
Fax: 562-983-5365
Michael.Gonzales@BuckleyMadole.com

Attorney for Secured Creditor

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Claude Dennis Addison Jr. and Theresa Leanne Addison<br><br>                                   Debtors, | Case No. 13-44592<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>341(a) Meeting of Creditors:<br>Date:   September 12, 2013<br>Time:   11:00 AM<br>Place   Oakland U.S. Trustee<br><br>Confirmation Hearing:<br>[ To Be Determined] |

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, THE DEBTORS' COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

Deutsche Bank National Trust Company, as Trustee Of The IndyMac INDA Mortgage Loan Trust 2007-AR1, Mortgage Pass-through Certificates, Series 2007-AR1 under the Pooling and Servicing Agreement Dated January 1, 2007 ("Secured Creditor"), as serviced by OneWest Bank, FSB ("OneWest"), hereby objects to the confirmation of the Debtors' Chapter 13 Plan in the above-

OBJECTION TO CONFIRMATION OF PLAN                                   1                                   6508-N-6442
ObjPlan_CA_V01

Case: 13-44592    Doc# 9    Filed: 08/28/13    Entered: 08/28/13 14:22:55    Page 1 of 3

1 | captioned matter.  Secured Creditor is a party in interest as the holder of a secured claim and therefore
2 | has standing to object to the Debtors' Chapter 13 Plan.  Secured Creditor objects to the Debtors'
3 | Chapter 13 Plan on the following grounds:

4 | 1.  **Secured Creditor's claim relating to the Property:**  At the time of the bankruptcy petition filing, Secured Creditor's claim was in the approximate amount of $647,557.65, including arrearage in the approximate amount of $64,706.90.  Secured Creditor's claim is secured by the real property commonly known as 1278 Anjou Parkway, Brentwood, California 94513 (the "Property").  Secured Creditor is in the process of preparing its Proof of Claim and will file it on or before the Proof of Claim filing deadline of December 11, 2013.

2.  **Pursuant to 11 U.S.C. §1322(b)(5), the plan fails to provide for the curing of the default on Secured Creditor's claim which final payment is due after the proposed final payment under the plan.**  Debtor has omitted the arrearage on Secured Creditor's claim.  Debtor has failed to provide for the curing of the default in the approximate amount of $64,706.90.  Secured Creditor has satisfied its grounds for objection under 11 U.S.C. §1322(b)(5).

On or about July 23, 2013, Secured Creditor sent a denial letter regarding Debtor's application for a loan modification.  A copy of the denial is attached as Exhibit 1. Secured Creditor requests that the Plan be amended to provide for payments of Secured Creditor's pre-petition arrearages and post-petition monthly mortgage payments.

CONCLUSION

Any Chapter 13 Plan proposed by Debtors must provide for Secured Creditor's claim and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code.  It is respectfully requested that confirmation of the Debtors' proposed Chapter 13 Plan be denied and the case be dismissed.

**WHEREFORE**, Secured Creditor respectfully requests that:

1. Confirmation of Debtors' Chapter 13 Plan be denied with prejudice and the case be dismissed; or, in the alternative,

2. Debtors' Plan be amended in accordance with this Objection.

///

| | |
|---|---|
| 1 | 3. For other such relief as the Court deems just and proper. |
| 2 | Dated: August 28, 2013                                              Respectfully Submitted, |

                                                                Buckley Madole, P.C.

                                    By:    */s/ Michael R. Gonzales*
                                                      MICHAEL R. GONZALES
                                                      Attorney for Secured Creditor